UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 21-20937-CIV-MORENO

FABIOLA MUNOZ,

    Plaintiff,

vs.

D & G PROPERTIES, INC., and KROME
EXPRESS, LLC,

    Defendant.
_____/

### ORDER GRANTING DEFENDANTS' MOTION FOR ENTRY OF JUDGMENT IN PLAINTIFF'S FAVOR PURSUANT TO RULE 58

THIS CAUSE came before the Court upon Defendants' Motion for Entry of Judgment in Plaintiff's Favor Pursuant to Rule 58 **(D.E. 16 )**, filed on **July 20, 2021**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is **GRANTED**.

A final judgment is entered in favor of Plaintiff, Fabiola Munoz ("Plaintiff") and against Defendants, D & G Properties, Inc. and Krome Express, LLC ("Defendants"). Defendants are enjoined from continuing their discriminatory practices and are ordered to permanently remediate the Property to be consistent with the mandates of the 2010 AADAAG Standards and the 2010 ADA Standards.

The Defendants are ordered to complete the following within 180 days of the date of this Order:

a) Each accessible parking space will be striped in a manner that is consistent with the standards of FDOT for other spaces and prominently outlined with blue and white paint, to be clearly distinguishable as a parking space designated for persons who have disabilities in compliance with Section 4.6.3 of the ADAAG and Section 502.3 of the 2010 ADA Standards, with an accessible route connecting parking spaces to accessible entrances with an aisle of minimum 60 inch width;

b) The designated accessible parking space access aisles that will level with the accessible parking space, with surface slopes not exceeding 1:50 (2%);

c) Curb ramps servicing the accessible parking spaces and access routes will have slopes complying with Section 4.7.2 of the ADAAG and Section 406.1 of the 2010 ADA, with a maximum slope of 1:12 and a maximum rise of 30 inches;

d) Curb ramps servicing the accessible parking spaces and access routes will have slopes complying with Section 4.7.2 of the ADAAG;

e) The sales counter shall be modified to the required height in compliance with of Section 7.2 of the ADAAG and Section 904.4.1 of the 2010 ADA, namely with one portion of the counter at least 36 inches in length with a maximum height of 36 inches above the finish floor with a clear floor or ground space complying with 305 positioned for a parallel approach adjacent to the 36 inch minimum length of counter;

f) The facility will provide seating that will comply with the standards prescribed in Section 4.32 of the ADAAG or Sections 226 & 902 of the 2010 ADA, namely that at least 5 percent of the seating and standing spaces shall comply with 902 with a clear floor space complying with 305 positioned for a forward approach provided. Knee and toe clearance complying with 306 will be provided and the tops of dining surfaces and work surfaces shall be 28 inches (710 mm) minimum and 34 inches (865 mm) maximum above the finish floor or ground;

g) The the self-service dispensers provided at the facility will mounted within reach allowed for approach provided violating in Section 4.2.5, 4.2.6 of the ADAAG and Sections 308 of the 2010 ADA Standards, namely that the maximum high forward reach shall be 48 in (1220 mm). The minimum low forward reach is 15 in (380 mm);

h) The restroom doors will be modified to have hardware for disabled patrons in accordance with 4.13.9 & 4.27.4 of the ADAAG and Sections 309.4 & 404.2.7 of the 2010 ADA Standards., namely with parts that are operable with one hand and shall not require tight grasping, pinching, or twisting of the wrist. The force required to activate operable parts shall be 5 pounds (22.2 N) maximum;

i) The paper towel dispenser will be mounted at the required location per Section 4.2.5 of the ADAAG and Section 308.2.1 of the 2010 ADA Standards, j) The lavatory pipes will be fully wrapped and maintained pursuant to Section 4.19.4 of the ADAAG and Section 606.5 of the 2010 ADA Standards, k) The locking mechanism on the restroom stall door will have compliant hardware for disabled patrons, according to Sections 4.13.9 & 4.27.4 of the ADAAG and Sections 309.4 & 404.2.7 of the 2010 ADA Standards, with no sharp or abrasive surfaces under lavatories and sinks;

l) The toilet tissue dispenser will be mounted in accordance with Section 4.16.6 and Figure 29 of the ADAAG and Section 604.7 of the 2010 ADA Standards, namely that the high forward reach shall be 48 inches (1220 mm) maximum and the low forward reach shall be 15 inches (380 mm) minimum above the finish floor or ground, and so as to not interfere with the required clearance of the side grab bar;

m) The trash bin will be removed to avoid encroaching over the accessible water closet clear floor space pursuant to Section 4.16.2 of the ADAAG and Sections 604.3.1 of the 2010 ADA Standards;

n) The water closet will be mounted at a compliant distance from the sidewall following Sections 4.16.2 of the ADAAG and Sections 604.2 of the 2010 ADA Standards, namely that the water closet shall be positioned with a wall or partition to the rear and to one side. The centerline of the water closet shall be 16 inches (405 mm) minimum to 18 inches (455 mm) maximum from the side wall or partition, except that the water closet shall be 17 inches (430 mm) minimum and 19 inches (485 mm) maximum from the side wall or partition in the ambulatory accessible toilet compartment specified in 604.8.2. Water closets shall be arranged for a left-hand or right-hand approach;

and o) the flush valve in the women's accessible stall will be mounted in accordance with Section 604. 3.1 of the 2010 ADA Standards.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ of July 2021.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record